**United States District Court**
For the Northern District of California

1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7  OUR CHILDREN'S EARTH                         No. C 08-01461 SBA
   FOUNDATION,
8                                               **CLERK'S NOTICE**
              Plaintiff,
9
       v.
10
   U.S. ENVIRONMENTAL PROTECTION,
11
              Defendant.
12                                            /
13
   **Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this**
14 **action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of**
   **service with the Clerk of the Court.**
15
          YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , **June**
16 **19, 2008, has been moved to, June 19, 2008, at 2:45 p.m., via telephone.**

17        **Plaintiff's counsel is to set up the conference call with all the parties on the line and call**
   **chambers at (510) 637-3559.**
18
          **(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR**
19 **AUTHORIZATION OF THE COURT.)**

20        **Counsel shall file a Joint Case Management Conference Statement 10 days in advance**
   **of the Case Management Conference that complies with the Standing Order For All Judges Of**
21 **The Northern District Of California and the Standing Order of this Court.**

22 **Dated: 3/24/08**
                                                **FOR THE COURT,**
23
                                                **Richard W. Wieking, Clerk**
24
                                                **By: s/Lisa R. Clark**
25                                                     **Courtroom Deputy**
26
27
28