JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
neill.tseng@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
FAX: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, a non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, STEVEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI as Regional Administrator of the United States Environmental Protection Agency,<br><br>    Defendants. | No. C 08-1461 SBA<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that representation of Defendants in the above-entitled proceeding will be by Neill T. Tseng, Assistant United States Attorney.

                                                           JOSEPH P. RUSSONIELLO
                                                           United States Attorney

DATED:   April 18, 2008              ___/s/_____
                                                           NEILL T. TSENG
                                                           Assistant United States Attorney
                                                           Attorneys for Defendant

[NOTICE OF APPEARANCE]
[08-01461] SBA