UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OUR CHILDREN&#039;S EARTH FOUNDATION          Plaintiff, | ) ) ) | No. C 08-01461 SBA |
| vs. | ) ) ) ) | CLERK'S NOTICE |
| U.S. ENVIRONMENTAL PROTECTION,          Defendant. | ) ) ) ) | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for June 19, 2008, has been continued to  Tuesday,  July 29, 2008, at 1:00 p.m., to follow the hearing on the motion  **in** Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED:   6/16/08

FOR THE COURT,
Richard W. Wieking, Clerk

By: _LISA R. CLARK_____
LISA R. CLARK
Courtroom Deputy

To: