1  Michael Costa (Bar No. 219416)
   3848 Sacramento Street, # 2
2  San Francisco, California  94118
   Telephone: (415) 342-0042
3  Email:  mike@ocefoundation.org

4  Jodene L. Isaacs (Bar No. 226895)
   Christopher A. Sproul (Bar No. 126398)
5  Environmental Advocates
   5135 Anza Street
6  San Francisco, California  94121
   Telephone: (415) 533-3376
7  Facsimile: (415) 358-5695
   Email: jisaacs@enviroadvocates.com
8  Email:  csproul@enviroadvocates.com

9

10 UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11

12 OUR CHILDREN'S EARTH FOUNDATION,

13                                          Case No. C 08-01461 SBA

14              Plaintiff,

15      v.                                  PLAINTIFF'S [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF HAWAII

16 U.S. ENVIRONMENTAL PROTECTION AGENCY, STEVEN L. JOHNSON,
17 And WAYNE NASTRI.
                                            Date:       July 29, 2008
18                                          Time:       1:00 p.m.
                                            Courtroom:  3, 3rd Floor
                Defendants.                 Judge:      Hon. Saundra Brown
19                                                      Armstrong

20

21

22

23

24

25

26

27

28

1

 **[PROPOSED] ORDER**

2

DEFENDANTS' Motion to Transfer Venue to the District of Hawaii is hereby DENIED.

3

4  Dated: _____, 2008                     _____
                                                    Saundra Brown Armstrong
5                                                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28