**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street, Suite 400 South
Oakland, California 94612

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>510.637.3530 |

August 19, 2008

District Clerk,
U.S. District Court, District of Hawaii
C-338 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0338

RE: CV 08-01461 SBA  OUR CHILDREN'S EARTH FOUNDATION-V-U.S. ENVIRONMENTAL PROTECTION

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☒ Original case file documents.

☐ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: *[signature]*
Jessie Mosley
Case Systems Administrator

Enclosures
Copies to counsel of record